NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLIFFORD ERIC BOSTIC,                )
                                     )
        Appellant,                   )
                                     )
v.                                   )        Case No. 2D18-3314
                                     )
STATE OF FLORIDA,                    )
                                     )
        Appellee.                    )
_____ )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for
Hillsborough County; Nick Nazaretian,
Judge.

Howard L. Dimmig, II, Public Defender,
and Richard J. Sanders, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Katherine Coombs
Cline, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


                Affirmed.


NORTHCUTT, SILBERMAN, and LaROSE, JJ., Concur.